SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff,
LEEMANUEL WEILCH

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEEMANUEL WEILCH,<br><br>    Plaintiff,<br><br>  vs.<br><br>TOMAS MCCORMICK D/B/A SEBASTIAN TIRES; ICK S. KIM; and DOES 1 to 10,<br><br>    Defendants. | **Case No.: 8:24-cv-02511-DOC (ADSx)**<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff LEEMANUEL WEILCH ("Plaintiff") and Defendants TOMAS MCCORMICK D/B/A SEBASTIAN TIRES and ICK S. KIM stipulate and jointly request that this Court dismiss the above-captioned action, with prejudice, in its entirety. Each party shall bear his/her/its own costs and attorneys' fees.

\\
\\
\\
\\
\\

|   |   |   |
|---|---|---|
|   | Respectfully submitted, |   |

DATED: January 29, 2025          SO. CAL. EQUAL ACCESS GROUP

By:   */s/  Jason J. Kim*
        Jason J. Kim
        Attorneys for Plaintiff

DATED: January 29, 2025          **TRAN LAW GROUP**

By:   */s/ A. Mina Tran*
        A. Mina Tran, Esq.
        Attorneys for Defendants
        TOMAS MCCORMICK D/B/A
        SEBASTIAN TIRES and ICK S. KIM

### Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 29, 2025          By: */s/ Jason J. Kim*
                                              Jason J. Kim